UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00117-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  Gerald R. Rising, Jr., a/k/a Gerry Rising,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, May 25, 2011,** and responses to these motions shall be filed by **Friday, June 3, 2011.**  It is

FURTHER ORDERED that a 10-day jury trial is set to commence **Monday, June 20, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on pending motions or final trial preparation conference needs to be set.

Dated this 21st day of April, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                CHIEF UNITED STATES DISTRICT JUDGE