UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00117-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  Gerald R. Rising, Jr., a/k/a Gerry Rising,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter comes before the Court on the Joint Status Report Concerning Order Continuing Trial, filed August 4, 2011 [ECF No. 21].   The Court excluded an additional 90 days from speedy trial deadlines in its Order dated May 6, 2011 [ECF No. 18].  As more than 90 days have already passed since that date, it is now Ordered that the parties shall appear for a status conference on **Friday, August 26, 2011** at **11:00 a.m.** in Courtroom A-1002.