IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00117-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GERALD R. RISING, JR.,

       Defendant.

_____

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER OF
FORFEITURE OF SUBSTITUTE ASSETS**
_____

THIS MATTER comes before the Court on the United States' Motion for Money Judgment and Preliminary Order of Forfeiture of Substitute Assets.  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Gerald Rising, Jr. entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1) and (a)(7), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Gerald Rising, Jr.'s interest in a money judgment in the amount of $1,763,625.00 is entered against the defendant in favor of the United States in accordance with 18 U.S.C. § 982.  Pursuant to Fed.R.Crim.P. 32.2(b)(4), this Forfeiture

Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States' Motion for Preliminary Order of Forfeiture of Substitute Assets is granted as to the following:

    a.    $154,500.00 in lieu of the real property located at 7670 E. Phillips Circle, Centennial, Colorado, titled to Linda Sue Revocable Trust, which was originally identified as a substitute asset for the money judgment identified above;

    b.    All funds held in Morgan Smith Barney Account # 503-6670E, in the name of Gerald R. Rising, as a substitute asset for the money judgment identified above;

    c.    All funds held in Morgan Smith Barney Account # 503-6672E, in the name of Gerald R. Rising, as a substitute asset for the money judgment identified above; and

    d.    $24,500.00 in lieu of the 2008 Lexus GX470, registered to Linda Sue Rising Revocable Trust, which was originally identified as a substitute asset for the money judgment identified above.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), defendant Gerald Rising's interest in the substitute assets identify above are forfeited to the United States for disposition according to law. Such forfeiture shall be in partial satisfaction the defendant's forfeiture money judgment in the amount of $1,763,625.00.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

DATED:  February 15, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF UNITED STATES DISTRICT JUDGE