IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00117-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **GERALD RISING, Jr., a/k/a Gerry Rising**,

    Defendant.

---

**ORDER**

---

The government's motion for the full three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility (ECF Doc. No. 60), filed March 26, 2012, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  March 30, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE