IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01056-WYD
Criminal Case No. 11-cr-00117-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. GERALD R. RISING, JR., a/k/a GERRY RISING,

 Movant.

## FINAL JUDGMENT

 Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on November 4, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

 ORDERED that "Gerald Rising's Pro Se Motion for an Evidentiary Hearing on Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 by a Person in Federal Custody [ECF Doc. No. 99] is **DENIED.**  It is further

 ORDERED that that Gerald Rising's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [ECF Doc. No. 80] is **DENIED.**  It is further

 ORDERED that that "Gerald Rising, Jr.'s Pro Se Motion for Summary Judgment" [ECF Doc. No. 100] is **DENIED.**  It is further

ORDERED that no certificate of appealability will issue because Mr. Rising has not made a substantial showing of the denial of a constitutional right or a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado this 4th day of November, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk